UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, Individually, | : |
| Plaintiff, | : |
| vs. | : Case No. 1:16-cv-1182-NLH-AMD |
| WASHINGTON COMMONS CONDOMINIUM ASSOCIATION, INC., a New Jersey Non Profit Corporation, and CAPE ADVISORS, INC., a New Jersey Corporation, | : |
| Defendants. | : |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

s/Keith Harris
Keith Harris, Esq.
Braff, Harris, Sukoneck & Maaloof
570 W. Mt. Pleasant Avenue
Livingston, NJ  07039-0657
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL  33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*

s/ Russell L. Lichtenstein
Russell L. Lichtenstein, Esq
Cooper, Levenson, April, Niedelman & Wagenheim
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401
Telephone: (609) 344-3161
Facsimile: (609) 572-7677
Rlichtenstein@cooperlevenson.com
*Attorneys for Defendant*

Date: _____

Date: _____