UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DENNIS MAURER

        Plaintiff,

v.                                    Civil No. 16-1182 (NLH/KMW)

**ORDER OF DISMISSAL**

WASHINGTON COMMONS
CONDOMINIUM ASSOCIATION, INC.,

        Defendants.

This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty-day time period having passed without the Court having received the necessary papers;

**IT IS** on this __26th__ day of __JULY__, 2017

**ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

**ORDERED** that this matter be, and the same hereby is, **DISMISSED WITH PREJUDICE**, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).

                                  /s/ Noel L. Hillman
                                **NOEL L. HILLMAN**, U.S.D.J.