UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

DENNIS MAURER, Individually,

    Plaintiff,

vs.

WASHINGTON COMMONS
CONDOMINIUM ASSOCIATION, INC., a
New Jersey Non Profit Corporation, and CAPE
ADVISORS, INC., a New Jersey Corporation,

    Defendants.

Case No. 1:16-cv-1182

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction until **November 6, 2020** to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

/s/Keith Harris
Keith Harris, Esq.
Braff, Harris, Sukoneck & Maaloof
570 W. Mt. Pleasant Avenue
Livingston, NJ 07039-0657
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*

/s/Russell L. Lichtenstein
Russell L. Lichtenstein, Esq
Cooper, Levenson, April, Niedelman & Wagenheim
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ 08401
Telephone: (609) 344-3161
Facsimile: (609) 572-7677
Rlichtenstein@cooperlevenson.com
*Attorneys for Defendant*

Date: **July 27, 2017**

Date: **July 27, 2017**